IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-21062
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SALVADOR RIVAS-SOMOSA, also known as
Salvador Aspercis Rivas-Somosa,
also known as Salvador Sumoza Rivas,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-324-1
--------------------
June 16, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Salvador Rivas-Somosa appeals his conviction for unlawfully reentering the United States after having been deported, in violation of 8 U.S.C. § 1326. He argues that the indictment was insufficient because it failed to allege that he specifically intended to enter the United States unlawfully. This argument is foreclosed by our decision in United States v. Trevino-Martinez, 86 F.3d 65, 69 (5th Cir. 1996).

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.